# ROSICKI, ROSICKI & ASSOCIATES, P.C.
### *ATTORNEYS AT LAW*
### *Office: 51 East Bethpage Road*
### *Plainview, NY 11803*
### *Telephone (516) 741-2585*
### *Facsimile (516) 873-7243*

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

December 7, 2006

BY FIRST CLASS MAIL AND
BY ELECTRONIC FILING

United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Debtor: Samantha V. Poulis
           Bankruptcy Case # 06-43471 dem
           Chapter 7

Dear Sirs/Madam:

   Our office represents U.S. Bank National Association, Trustee, a secured creditor of the above referenced Debtor. Please be advised the Motion for Relief from the Automatic Stay scheduled December 28, 2006 has been adjourned, as per the direction of the Court, to January 25, 2007.

   Should you have any questions please feel free to contact the undersigned. Your assistance is greatly appreciated.

Very Truly Yours,
ROSICKI, ROSICKI & ASSOCIATES, PC


_____
Patricia Yasparro
Paralegal

CC:    Samantha V. Poulis
        Asher B. White, Esq.
        Robert L. Geltzer, Esq.