LAW OFFICES OF
# ROBERT L. GELTZER

1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100
____

FACSIMILE (212) 410-0400

January 8, 2007

Joseph P. Hurley, Esq.
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY  11201

   **Re: Samantha V. Poulis - Case No. 06-43471 (DEM)**

Dear Joe/Gemma:

  With respect to the above case, please be advised that there appears to be sufficient assets for distribution to creditors.  Thus, I would appreciate it if you would provide me with a Bar Date by which claims must be filed and notify all creditors accordingly.

  As always, I thank you for your courtesy and attention to this matter.  With kind regards, I remain

        Sincerely,

        /s/ Robert L. Geltzer

        Robert L. Geltzer

RLG:ayh