| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | 13-35893448 |

------------------------------------------------------------

In Re:                                                                    **Chapter 7**

    **SAMANTHA V. POULIS,**                                **Case No. 06-43471 (DEM)**

                       Debtor.

------------------------------------------------------------

### ORDER AUTHORIZING RULE 2004 EXAMINATION

      Upon the application of ROBERT L. GELTZER, ESQ., the Trustee for the above-referenced Chapter 7 case (the "Trustee"), by his attorneys, the Law Offices of Robert L. Geltzer, for an Order pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 2004 directing Samantha V. Poulis to produce certain documents to the Trustee, and to appear for a Bankruptcy Rule 2004 examination concerning the acts, conduct, property, liabilities and/or financial condition of the Debtor and/or any other matters which may affect the administration of the Debtor's estate, or right to a discharge; and, for good cause shown, it is

      **ORDERED**, pursuant to FRBP 2004, that Samantha V. Poulis produce to the Law Offices of Robert L. Geltzer, 1556 Third Avenue, Suite 505, New York, New York 10128, any and all documents of, and/or pertaining to, the Debtor including, without limitation, invoices, account statements, bills, cancelled checks, check stubs, ledgers, ~~tax returns~~, copies of checks received, records, contracts, agreements, any papers and/or pleadings related to legal actions, correspondence, memoranda, including but not limited to the purchase, sale, and/or transfer of any and all property by, from, and/or to the Debtor within **_[two (2)]_**~~six (6)~~ years immediately preceding the filing of the petition including, without limitation, property located at 500 Jefferson Avenue,

Brooklyn, New York, and any and all records pertaining to the Debtor's ownership interest in any business entity including, without limitation, a day care center by the name of "Sam's Angels Day Care" and/or any similarly named entity, etc., and any and all documents relating to the Debtor and any transactions with an insider of the Debtor as that term is defined in the Bankruptcy Code pertaining to the Debtor by March 26, 2007, at 10:00 a.m.; and it is further

**ORDERED**, that Samantha V. Poulis appear on April 16, 2007 at 3:00 p.m., or at such later date as Trustee may designate, and at any adjournment(s) thereof, at the offices of the Law Offices of Robert L. Geltzer, 1556 Third Avenue, Suite 505, New York, New York 10128, for an examination pursuant to Bankruptcy Rule 2004 relating to the acts, conduct, property, liabilities, and/or financial condition, without limitation of, and/or related to, the Debtor, or any matter which may affect the administration of the estate, and any and all related matters; and it is further

**ORDERED**, that Samantha V. Poulis be, and hereby is, directed to produce at the offices of the Law Offices of Robert L. Geltzer, for examination and copying, any documents subsequently requested by the Trustee as a result of information obtained from documents produced for, at and/or after the examination, and/or from the examination; and it is further

**ORDERED**, that the aforesaid attendance and the production of the documents may be compelled pursuant to the issuance and service of subpoenas <u>ad testificandum</u> and <u>duces</u> <u>tecum</u> under Federal Rule of Civil Procedure 45 made applicable to bankruptcy cases through FRBP 9016; and it is further

**ORDERED**, that the examination to be taken in this matter may be recorded by tape recorder to be operated by the Trustee or one of his employees.  Each

counsel may, at its own expense, arrange to have a qualified court reporter record the testimony simultaneously with the tape recorder and transcribe the same stenographically; and it is further

**ORDERED**, that the examination shall continue from day-to-day until completed; and, it is further

**ORDERED**, that service by United States First Class mail of a copy of this Order and the Application upon which it is granted, and any subpoena issued pursuant to this Order on Debtor's attorney, Asher B. White, Esq., 1202 Avenue J, Brooklyn, New York 11230 and Samantha V. Poulis, 500 Jefferson Avenue, Brooklyn, New York 11221, on or before at least twenty (20) days prior to the Examination Date provided for herein shall be deemed good and sufficient service.

**ORDERED**, that any requirement under any Local Bankruptcy Rules for the submission of a memorandum of law with respect to the Application be, and the same hereby is, dispensed with and waived for the purposes of the Application.

Dated:    Brooklyn, New York
          March 15, 2007

                              s/Dennis E. Milton
                              DENNIS E. MILTON
                              UNITED STATES BANKRUPTCY JUDGE